IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TINA A. STAGGS, | ) | 1:11cv00804 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| | ) | (Document 16) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On February 2, 2012, the parties filed a stipulation and proposed order to allow Defendant an extension of time to respond to Plaintiff's opening brief. The parties' request is GRANTED. Defendant's response to the opening brief SHALL be filed on or before March 2, 2012.

IT IS SO ORDERED.

Dated:   February 3, 2012            /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

1